UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :    INDICTMENT

    - v. -                         :    08 Cr. ___ (GEL)

EDWARD RAMIREZ,                    :
    a/k/a "Edward Pacheco",
    a/k/a "Taz Ramirez",          :

               Defendant.

- - - - - - - - - - - - - - - - - x

JUDGE LYNCH

08 CRIM 166

## COUNT ONE

The Grand Jury charges:

On or about August 21, 2007, in the Southern District of New York, EDWARD RAMIREZ, a/k/a "Edward Pacheco", a/k/a "Taz Ramirez", the defendant, unlawfully, willfully, and knowingly, did escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court and judge, which custody and confinement was by virtue of a conviction of an offense, to wit, RAMIREZ, while in the custody of the Bronx Residential Reentry Center located at 2534 Creston Avenue, Bronx, New York, following a conviction in the United States District Court for the Southern District of New York for (1) two counts of being a previously-convicted felon in possession of a firearm, and (2) distribution

and possession with intent to distribute cocaine base, did escape from such custody and confinement.

(Title 18, United States Code, Sections 751 and 4082(a).)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

EDWARD RAMIREZ,
a/k/a "Edward Pacheco",
a/k/a "Taz Ramirez",

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. §§ 751 and 4082(a).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

2/28/08 Filed Indictment.
s/Mag. J. Cox