

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

       v.                         :     **08 CRIM. 166**

EDWARD RAMIREZ,                   :
    a/k/a "Edward Pacheco,"
    a/k/a "Taz Ramirez,"          :     **NOTICE OF INTENT TO**
                                        **FILE AN INFORMATION**
                Defendant.        :

                                        Lynch, J.
- - - - - - - - - - - - - - - X

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          February 20, 2007

                                  MICHAEL J. GARCIA
                                  United States Attorney

                            By:   _____
                                  MICHAEL D. MAIMIN
                                  Assistant United States Attorney


                                  AGREED AND CONSENTED TO:

                            By:   _____
                                  JOEL R. DRANOVE, ESQ.
                                  Attorney for Edward Ramirez