USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :        08 Cr. 166 (GEL)
        -v-                                                 :
                                                            :        **ORDER**
EDWARD RAMIREZ,                                             :
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

        The Court has received a letter from the government on behalf of counsel for defendant
requesting that the conference in this case be adjourned because defense counsel has recently
undergone medical treatments that would make it difficult for him to appear at the conference
currently scheduled for April 4, 2008. The government has informed the court that the parties
are still discussing a possible disposition of the case and that the government does not object to
an adjournment. The parties also request the exclusion of time under the Speedy Trial Act until
April 18, 2008, to allow the parties additional time to pursue a possible disposition.

        The Court finds that a continuance is warranted and that the reason for the continuance is
in the interests of justice and outweigh the interests of the defendant and of the public in a
speedy trial. Accordingly, it is hereby ORDERED that the time from April 4, 2008, until April
18, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18
U.S.C. § 3161(h)(8)(A). The parties shall appear before the Court for a pre-trial conference on
April 18, 2008, at 2:30 p.m.


SO ORDERED.

Dated:        New York, New York
              April 4, 2008

                                                        _____
                                                              GERARD E. LYNCH
                                                         United States District Judge